UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LYNETTE RUSSO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01135-PA-RAO<br><br>[Assigned for All Purposes to the Hon. Percy Anderson, Courtroom 9 A]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint Filed: May 29, 2018<br>Trial Date: May 21, 2019 |

**[PROPOSED] ORDER**

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: November 19, 2018

Hon. Percy Anderson
United States District Court

---

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE